John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA 95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA 95358-0002
Tel: (209) 524-9903
Fax: (209) 524-6655
E-Mail: john@jvlaw.net

Attorneys for Plaintiff
STEVE CREIGHTON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| STEVE CREIGHTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LITTON LOAN SERVICING, LP;<br>QUALITY LOAN SERVICE CORP.;<br>and JOHN & JANE DOES 1 – 10;<br><br>Defendants. | Case No.: 1:08-cv-01992-OWW-DLB<br><br>**ORDER GRANTING JOINT STIPULATION TO RESCHEDULE MANDATORY SCHEDULING CONFERENCE TO May 22, 2009**<br><br>Judge: Hon. Oliver W. Wanger<br>Courtroom: 3 (7th Floor) |

**TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

After considering the parties' Joint Stipulation to Reschedule the Mandatory Scheduling Conference to **May 22, 2009**, at **8:15 a.m.**, in Courtroom 3;

IT IS SO ORDERED.

DATED: April 7, 2009    /s/ OLIVER W. WANGER
U.S. District Court Judge

-1-

**ORDER GRANTING STIPULATION TO RESCHEDULE MANDATORY SCHEDULING CONFERENCE**

PDF created with pdfFactory trial version www.pdffactory.com