John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA  95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA  95358-0002
Tel:  (209) 524-9903
Fax: (209) 524-6655
E-Mail:  john@jvlaw.net

Attorneys for Plaintiff
STEVE CREIGHTON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| STEVE CREIGHTON, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>LITTON LOAN SERVICING, LP; QUALITY LOAN SERVICE CORP.; and JOHN & JANE DOES 1 – 10;<br><br>    Defendants. | Case No.: 1:08-cv-01992-OWW-DLB<br><br>**ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. Proc. 41(a)]<br><br>Judge:  Hon. Oliver W. Wanger<br><br>Courtroom:  3 (7th Floor) |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff STEVE CREIGHTON has filed and served on all parties a Notice of Voluntarily Dismissal Without Prejudice.

IT IS ORDERED that the above-captioned action, *Creighton v. Litton Loan Servicing, LP, and Quality Loan Service Corp.*, Case Number 1:08-cv-01856-

1  OWW-SMS, be, and hereby is, dismissed without prejudice.

Dated: 7/31/2009                    /s/ OLIVER W. WANGER
                                    United States District Court Judge